# United States Bankruptcy Court
For The
District of Maryland/Northern Division

**IN RE:** KENNETH SHELL, JR.  
1215 CHELMSFORD CT  
ABINGDON, MD 21009-1065

NICOLE SHELL  
1215 CHELMSFORD CT  
ABINGDON, MD 21009-1065

Case No: 18-22797-RAG  
Judge: Robert A. Gordon  
Date: 4/1/2019

## NOTICE OF FILED CLAIMS

NOTICE IS HEREBY GIVEN of claims filed, which will be paid in the amounts and manner set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

| Claim # | Name and Address of Creditor | Amount | Classification |
|---|---|---|---|
| 001 | CAVALRY SPV I LLC / 500 SUMMIT LAKE DRIVE #400 VALHALLA, NY 10595 | 7,059.06 | Unsecured |
|  | Acct: 5348 |  |  |
|  | Comment: |  |  |
| 002 | DISCOVER BANK / DB SERVICING CORPORATION P O BOX 3025 / NEW ALBANY, OH 43054 | 6,842.67 | Unsecured |
|  | Acct: 2652 |  |  |
|  | Comment: |  |  |
| 003 | CAPITAL ONE / AMERICAN INFOSOURCE LP P O BOX 71083 / CHARLOTTE, NC 28272-1083 | 3,993.65 | Unsecured |
|  | Acct: 4778 |  |  |
|  | Comment: |  |  |
| 004 | CAPITAL ONE / AMERICAN INFOSOURCE LP P O BOX 71083 / CHARLOTTE, NC 28272-1083 | 298.70 | Unsecured |
|  | Acct: 4272 |  |  |
|  | Comment: |  |  |
| 005 | MECU OF BALTIMORE INC / 1 SOUTH ST., COLLECTIONS DEPT BALTIMORE, MD 21202 | 567.12 | Secured |
|  | Acct: 0194 |  |  |
|  | Comment: |  |  |
| 006 | MECU OF BALTIMORE INC / 1 SOUTH ST., COLLECTIONS DEPT BALTIMORE, MD 21202 | 5,506.89 | Unsecured |
|  | Acct: 4711 |  |  |
|  | Comment: |  |  |
| 007 | HOME POINT FINANCIAL CORPORATION / 11511 LUNA ROAD #30 FARMERS BRANCH, TX 75234 | 5,291.40 | Secured |
|  | Acct: 1897 |  |  |
|  | Comment: |  |  |
| 008 | CAPITAL ONE / AMERICAN INFOSOURCE LP P O BOX 71083 / CHARLOTTE, NC 28272-1083 | 4,339.41 | Unsecured |
|  | Acct: 5257 |  |  |
|  | Comment: |  |  |
| 009 | TD RETAIL CARD SERVICES / C/O CREDITORS BANKRUPTCY SER PO BOX 800849 / DALLAS, TX 75380 | 749.84 | Unsecured |
|  | Acct: 2264 |  |  |
|  | Comment: |  |  |
| 010 | VERIZON / by AMERICAN INFOSOURCE LP as agent 4515 N SANTA FE AVENUE / OKLAHOMA CITY, OK 73118 | 208.00 | Unsecured |
|  | Acct: 0001 |  |  |
|  | Comment: |  |  |

# United States Bankruptcy Court

For The
District of Maryland/Northern Division

**IN RE:** KENNETH SHELL, JR.
1215 CHELMSFORD CT
ABINGDON, MD 21009-1065

NICOLE SHELL
1215 CHELMSFORD CT
ABINGDON, MD 21009-1065

Case No: 18-22797-RAG
Judge: Robert A. Gordon
Date: 4/1/2019

## NOTICE OF FILED CLAIMS

NOTICE IS HEREBY GIVEN of claims filed, which will be paid in the amounts and manner set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

| Claim # | Name and Address of Creditor | Amount | Classification |
|---|---|---|---|
| 011 | LVNV FUNDING LLC / RESURGENT CAPITAL SERVICES<br>PO BOX 10587 / GREENVILLE, SC 29603-0587<br>Acct: 3874<br>Comment: | 2,511.54 | Unsecured |
| 012 | GREENSKY LLC / 1797 NORTH EAST EXPRESSWAY #100<br>ATLANTA, GA 30329-3614<br>Acct: 3723<br>Comment: | 10,181.08 | Unsecured |
| 013 | GREENSKY LLC / 1797 NORTH EAST EXPRESSWAY #100<br>ATLANTA, GA 30329-3614<br>Acct: 3723<br>Comment: WITHDRAWN 12/4/18 | None | Unsecured |
| 014 | GREENSKY LLC / 1797 NORTH EAST EXPRESSWAY #100<br>ATLANTA, GA 30329-3614<br>Acct: 3723<br>Comment: WITHDRAWN 12/4/18 | None | Unsecured |
| 015 | PORTFOLIO RECOVERY ASSOCIATES LLC / SYNCHRONY BANK<br>PO BOX 41067 / NORFOLK, VA 23541<br>Acct: 7803<br>Comment: | 299.62 | Unsecured |
| 016 | NAVIENT SOLUTIONS INC on behalf of / DEPARTMENT OF EDUCAT<br>PO BOX 9635 / WILKES-BARRE, PA 18773-9635<br>Acct: 5885<br>Comment: | 80,979.22 | Unsecured |
| 017 | STATE EMPLOYEES CREDIT UNION / PO BOX 2070<br>GLEN BURNIE, MD 21060<br>Acct: 8295<br>Comment: | 3,984.09 | Unsecured |
| 018 | STATE EMPLOYEES CREDIT UNION / PO BOX 2070<br>GLEN BURNIE, MD 21060<br>Acct: 7899<br>Comment: | 2,055.01 | Unsecured |
| 019 | STATE EMPLOYEES CREDIT UNION / PO BOX 2070<br>GLEN BURNIE, MD 21060<br>Acct:<br>Comment: | 1,350.25 | Secured |
| 020 | COMPTROLLER OF THE TREASURY / COMPLIANCE DIVISION/INDI<br>301 W PRESTON STREET #409 / BALTIMORE, MD 21201-2383<br>Acct: #####5885<br>Comment: | | ACCRUE<br>9,214.00 |

# United States Bankruptcy Court

For The
District of Maryland/Northern Division

Case No: 18-22797-RAG
Judge: Robert A. Gordon
Date: 4/1/2019

**IN RE:** KENNETH SHELL, JR.
1215 CHELMSFORD CT
ABINGDON, MD 21009-1065

NICOLE SHELL
1215 CHELMSFORD CT
ABINGDON, MD 21009-1065

## NOTICE OF FILED CLAIMS

NOTICE IS HEREBY GIVEN of claims filed, which will be paid in the amounts and manner set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

| Claim # | Name and Address of Creditor | Amount | Classification |
|---|---|---|---|
| 020 | COMPTROLLER OF THE TREASURY / COMPLIANCE DIVISION/INDI<br>301 W PRESTON STREET #409 / BALTIMORE, MD 21201-2383<br>Acct: #####5885<br>Comment: | | ACCRUE<br>2,191.00 |
| 021 | CAPITAL WOMENS CARE / PO BOX 791208<br>BALTIMORE, MD 21279-1208<br>Acct:<br>Comment: | None | Not Filed<br>.00 |
| 022 | CHARLES EMERGENCY PHYSCIANS / C/O NCO FINANCIAL<br>P O BOX 41466 / PHILADELPHIA, PA 19101-1466<br>Acct: #####89n1<br>Comment: | None | Not Filed<br>.00 |
| 023 | LIBERTY MUTUAL / PO BOX 55126<br>BOSTON, MA 02205-5126<br>Acct:<br>Comment: | None | Not Filed<br>.00 |
| 024 | PATIENT FIRST / P O BOX 5726<br>GLEN ALLEN, VA 23058-5726<br>Acct: 8832<br>Comment: | None | Not Filed<br>.00 |
| 026 | SUNTRUST BANK / 1797 N EAST EXPY<br>BROOKHAVEN, GA 30329<br>Acct: 3723<br>Comment: | None | Not Filed<br>.00 |

# United States Bankruptcy Court

For The
District of Maryland/Northern Division

Case No: 18-22797-RAG
Judge: Robert A. Gordon
Date: 4/1/2019

**IN RE:** KENNETH SHELL, JR.
1215 CHELMSFORD CT
ABINGDON, MD 21009-1065

NICOLE SHELL
1215 CHELMSFORD CT
ABINGDON, MD 21009-1065

## NOTICE OF FILED CLAIMS

NOTICE IS HEREBY GIVEN of claims filed, which will be paid in the amounts and manner set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

| Claim # | Name and Address of Creditor | Amount | Classification |
|---|---|---|---|
| 027 | I C SYSTEM / P O BOX 64378  SAINT PAUL, MN 55164 | None | Not Filed .00 |

Acct:
Comment:

| | | Total | 147,622.55 | |
|---|---|---|---|---|
| | DAVID M GROSSMAN ESQ  201 N CHARLES ST #1504  BALTIMORE, MD 21201-0000 | | 3,125.00 | Debtor's Attorney |

Pursuant to 11 U.S.C. 502 (a), the filed claims are deemed allowed for purposes of distribution and shall be paid if provided for under the plan.
DEBTOR(S): IF YOU BELIEVE A CLAIM IS NOT CORRECT, YOU MUST FILE AN OBJECTION IN ACCORDANCE WITH BANKRUPTCY RULE 3007 AND LOCAL BANKRUPTCY RULE 3007-1.

/s/ Robert S. Thomas, II

Robert S. Thomas, II, Trustee
300 E. Joppa Road, Suite 409
Towson, MD 21286

I hereby certify that on 04/01/2019 a copy of this Notice was served on the Debtor(s) by regular mail, postage prepaid. I further certify that a copy of this notice was served on the attorney for the Debtor(s) electronically through the Court's ECF system on the date this Report was uploaded for filing.

/s/ Robert S. Thomas, II

Robert S. Thomas, II, Trustee